IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 0 9 2003
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
ENTERED
JUL 1 0 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-03-0090S |
| § | |
| JASON MICHAEL CARPENTER § | |
| JONATHAN LEE RICHES § | |
| STEPHANIE COSTLEY DOYLE § | |
| TIMOTHY RICHES § | |
| DONNA RICHES § | |
| MICHAEL SCOTT PESCE § | |
| STEPHEN PAUL MARCENKO § | |
| BERNARD DUZINSKI § | |

## SUPERCEDING INDICTMENT

The United States Grand Jury charges:

### INTRODUCTION

At all times material herein:

1. JASON MICHAEL CARPENTER was a resident of Houston, Harris County, Texas.

2. JONATHAN LEE RICHES, a/k/a Jonathon Miller, a/k/a. Jon Miller, a/k/a. John Miller, a/k/a Robert Charles Kirmes, a/k/a. Bobby Christopher Kirmes; a/k/a. Anthony Johnson, a/k/a. Tony Johnson, a/k/a. Tom Flynn, a/k/a. Joseph Mojica, a/k/a. Jamie Dowling, a/k/a. Curt Teague, was a resident of Holiday, Pasco County, Florida.

3. STEFANIE COSTLEY DOYLE was a resident of Holiday, Pasco County, Florida.

4. MICHAEL SCOTT PESCE a/k/a Michael Battleman, was a resident of Selden, New York.

5. Western Union is an interstate wire service, providing among other services, the wire transfer of money throughout the United States and internationally.

6. The internet is a world-wide system of interconnected computer networks and

1

terminals.

7. E-mail is a method of exchanging electronic correspondence or other information between computer users on the internet.

## COUNT 1
(Conspiracy - 18 U.S.C. §371)

**A.   INTRODUCTION**

1. The Grand Jury adopts, re-alleges, and incorporates herein the allegations in paragraphs 1 through 7 of the Introduction of this Indictment as if set out fully herein

**B.   THE CONSPIRACY AND ITS OBJECTS**

2. Beginning in or about February of 2002, and continuing at least through February 25, 2003, in the Houston Division of the Southern District of Texas, and elsewhere,

**JASON MICHAEL CARPENTER,**
**JONATHAN LEE RICHES,**
**STEFANIE COSTLEY DOYLE, and**
**MICHAEL SCOTT PESCE**

defendants herein, did knowingly, combine, conspire, confederate and agree with other persons known and unknown to the grand jury to knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and in execution of said scheme and artifice, transmit or cause to be transmitted by means of wire in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing said scheme or artifice to defraud in violation of Title 18, United States Code, Section 1343.

### C.    THE MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that:

3. The defendants would and did unlawfully obtain identity information of other persons by use of the internet.

4. The defendants would and did transfer this information among each other by use of e-mail.

5. The defendants would and did use the unlawfully acquired identity information to order credit cards using the names and credit of others without authorization.

6. The defendants would and did use said unlawfully acquired credit cards to acquire cash and merchandise.

7. The defendants would and did produce and transfer counterfeit identification documents.

8. The defendants would and did use said counterfeit identification documents in conjunction with the fraudulently obtained credit cards.

9. The defendants would and did send cash acquired by the use of said credit cards to each other by use of Western Union wire transfers in the names used on the counterfeit identification documents.

C. **OVERT ACTS**

10. In furtherance of the conspiracy, and to effect the objects thereof, the defendants performed and caused to be performed, among others, the overt acts set forth in Counts Three through Fourteen of this Indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the Indictment.

In violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Conspiracy to Launder Funds - 18 U.S.C. §1956(h))

A. **INTRODUCTION**

1. The Grand Jury adopts, re-alleges, and incorporates herein the allegations in paragraphs 1 through 7 of the Introduction of this Indictment as if set out fully herein.

B. **THE CONSPIRACY AND ITS OBJECTS**

2. Beginning in or about February of 2002, the exact time being unknown to the grand jury, and continuing through at least February 25, 2003, in the Houston Division of the Southern District of Texas, and elsewhere,

**JASON MICHAEL CARPENTER,
JONATHAN LEE RICHES,
STEFANIE COSTLEY DOYLE,
TIMOTHY RICHES,
DONNA RICHES, and
MICHAEL SCOTT PESCE**

defendants herein, together with other persons known and unknown to grand jury, did unlawfully and knowingly combine, conspire, confederate, and agree among themselves and each other to conduct financial transactions which involved proceeds of a specified unlawful activity, that is: the wire

transfer and deposit to, and withdrawal from financial institutions of, funds obtained as a result of the possession and negotiation of unlawfully obtained credit cards, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, that is acts chargeable as wire fraud under Title 18, U.S.C. §1343, and knowing that the transactions were designed in whole or in part to promote the carrying on of such specified unlawful activity, and to conceal and disguise the nature, source, ownership and control of the proceeds of specified unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (B)(i).

### B. THE MANNER AND MEANS OF THE CONSPIRACY

3. Among the deceitful and dishonest means by which the defendants and their co-conspirators sought to accomplish and did accomplish the purpose of the conspiracy were the acts set forth in paragraphs 3 through 9 of Count One of the Indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the Indictment.

### OVERT ACTS

4. In furtherance of the conspiracy, and to effect the objects thereof, the defendants and their co-conspirators performed and caused to be performed, among others, the overt acts set forth in Counts Three through Fourteen of this Indictment, hereby re-alleged and incorporated as if fully set forth in this count of the Indictment. The defendants and their co-conspirators also performed and caused to be performed, among others, the following overt acts:

a. Six separate cash deposits were made into the bank account of Timothy Riches and Donna Riches in July of 2001. The cash deposits were as follows:

| Amount | Date | Institution | Account Holders | Account No. |
|---|---|---|---|---|
| $8,000 | July 9, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |
| $8,000 | July 16, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |
| $7,000 | July 23, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |
| $3,500 | July 30, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |
| $7,000 | August 6, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |
| $7,000 | August 13, 2001 | First National Bank of Chester County | Timothy and Donna Riches | 4189759 |

b. On August 30, 2001 the defendants and their co-conspirators bought a house located at 2521 Morning Glory Court, Holiday, Florida.

In violation of Title 18, United States Code, Section 1956(h).

## COUNTS 3-14
(Wire Fraud - 18 U.S.C. §1343)

**A.   INTRODUCTION**

1.   The Grand Jury adopts, re-alleges, and incorporates herein the allegations in paragraphs 1 through 7 of the Introduction of this Indictment as if set out fully herein.

**B.   THE SCHEME TO DEFRAUD**

2.   From in or about February of 2002, through on or about February 25, 2003, in the Houston Division of the Southern District of Texas, and elsewhere,

**JASON MICHAEL CARPENTER,
JONATHAN LEE RICHES,
STEFANIE COSTLEY DOYLE, and
MICHAEL SCOTT PESCE**

defendants herein, each aided and abetted by others known and unknown to the grand jury, did knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, affecting a financial institution, and in the execution of said scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communications in interstate or foreign commerce, writings, signs, signals, pictures, or sounds, as more fully set forth below.

**C.   THE MANNER AND MEANS OF THE SCHEME TO DEFRAUD**

3.   Among the manner and means by which the defendants sought to accomplish and did accomplish the purpose of the scheme to defraud were the acts set forth in paragraphs 3 through 9 of Count One of the Indictment, hereby re-alleged and incorporated by the Grand Jury as if fully set forth in this Count of the Indictment.

D.  **EXECUTION OF THE SCHEME TO DEFRAUD**

4.  On or about the dates set forth below, in the Houston Division of the Southern District of Texas, and elsewhere, for the purpose of executing the scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and intending to do so, the defendants knowingly transmitted and caused to be transmitted by means of wire, according to the directions thereon, either from or to Houston, Texas, in the Southern District of Texas and elsewhere, as indicated below, the items described below:

| COUNT | DATE | MONEY WIRED | FROM | TO |
|---|---|---|---|---|
| 3 | 2/25/02 | $425 | Elkins, West Virginia | Tarpon Springs, Florida |
| 4 | 3/2/02 | $625 | Elkins, West Virginia | New Port Richey, Florida |
| 5 | 3/17/02 | $425 | Elkins, West Virginia | New Port Richey, Florida |
| 6 | 3/20/02 | $600 | Elkins, West Virginia | Tarpon Springs, Florida |
| 7 | 3/27/02 | $600 | Elkins, West Virginia | Palm Harbor, Florida |
| 8 | 4/5/02 | $425 | Elkins, West Virginia | Clearwater, Florida |
| 9 | 4/6/02 | $425 | Elkins, West Virginia | New Port Richey, Florida |
| 10 | 4/13/02 | $600 | Elkins, West Virginia | Port Richey, Florida |
| 11 | 4/17/02 | $600 | Elkins, West Virginia | Port Richey, Florida |
| 12 | 6/15/02 | $400 | Joplin, Missouri | New Port Richey, Florida |

| 13 | 9/27/02 | $400 | Joplin, Missouri | Clearwater, Florida |
| 14 | 9/30/02 | $300 | Joplin, Missouri | Clearwater, Florida |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 15
(Fraud in Connection with Access Devices 18 U.S.C. §1029(a)(3))

Beginning at a time unknown to the grand jury, but no later than January of 2001, and continuing thereafter up to and through on or about February 25, 2003, in the Southern District of Texas and elsewhere,

**JASON MICHAEL CARPENTER,**
**JONATHAN LEE RICHES, and**
**STEFANIE COSTLEY DOYLE,**

defendants herein, together with other individuals known and unknown to the Grand Jury, aiding and abetting one another, did knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, described below, which affected interstate and foreign commerce.

| NAME | ADDRESS | ACCESS DEVICE |
| --- | --- | --- |
| Rhonda Richardson | 4906 Buttonwood Court Monmouth Junction, NJ 08852 | Affinity Federal Credit Union VISA |
| Thomas Barry | 32 "C" Street Seaside Park, NJ 08752 | Discover Card |
| Dennis Brown | 152 Bala Drive Somers Point, NJ 08244 | First USA Bank VISA |
| George Machuga | 233 Franklin Avenue Seaside Heights, NJ 08751 | Orchard Bank & Bank First MASTERCARD |

| Israel Rubin | 4 Godfrey Road<br>Upper Montclair, NJ 07043 | National City Bank VISA |
|---|---|---|
| Martin Bender | 24 East Wesley Street<br>South Hackensack, NJ 07606 | Shell MASTERCARD |
| Jose Martinez | PO Box 6335<br>Bridgewater, NJ 08807 | Capital One VISA |
| Allen Hotaling | PO Box 12<br>Lake Katrine, NY 12449 | Discover Card Platinum |
| Egon Mayer | 1320 Ridge Road<br>Laurel Hollow, NY 11791 | MASTERCARD |
| Betsy Latham | 50 Lake Street<br>Saranac Lake, NY 12983 | Charter One MASTERCARD |
| Julie Hamm | 785 Fyler Road, Lot 78<br>Kirkville, NY 13082 | Beacon Federal VISA |
| Geoffrey Stewart | 50 Beverly Hill Drive<br>Shrewsbury, MA 01545 | VISA |
| Jean A. Robel | 368 Stokes Road<br>Shamong, NJ 08088 | Commerce Bank Check Card |
| Fernando Hurtado | 379 Remsen Avenue<br>Avenel, NJ 07001 | Direct Merchant's Bank VISA |
| Edwin Dyal | 21D Oakview Court<br>Shamong, NJ 08088 | Discover Card |

All in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 16

(Fraud in Connection with Identification Documents 18 U.S.C. §1028(a)(1))

Beginning on or about the 1st day of November, 2002, continuing up to on or about the 25th day of February, 2003, in the Southern District of Texas, and elsewhere,

**JASON MICHAEL CARPENTER,**
**JONATHAN LEE RICHES,**
**STEPHEN PAUL MARCENKO, and**
**BERNARD DUZINSKI**

defendants, aiding and abetting one another, did knowingly and without lawful authority produce, in and affecting interstate commerce, false identification documents, to wit: Texas driver's licenses of Price David Winston, Steven William Kempf, Ernest Tiebout, William Zurich, William Mark Rittenhouse, William Schuebeck and Bryce Robert Baxter.

In violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
United States Attorney

By: _____
Richard Magness
Assistant United States Attorney
(713) 567-9582