**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:03-CR-90-06** |
| | § | |
| **MICHAEL SCOTT PESCE** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

**SATISFACTION OF JUDGMENT**

The Judgment in the above-entitled case having been paid in full in the amount of $525.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Michael Scott Pesce be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

TIM JOHNSON
Acting United States Attorney

By:   ___*/s/ Elizabeth F. Karpati*___
Elizabeth F. Karpati
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 00794069
SD: 20567
P. O. Box 61129
Houston Texas  77208
Tel:  (713) 567-9767
Fax:  (713) 718-3405

Date: June 3, 2009

## <u>CERTIFICATE OF SERVICE</u>

This will certify that the attached instrument was served on June 3, 2009, via first class mail on the following:


Michael Scott Pesce
132 Roland Rd
Seldon, NY 11784


<u>     /s/ *Elizabeth F. Karpati*</u>
Elizabeth F. Karpati
Assistant United States Attorney